**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SILICONARTS TECHNOLOGY US, INC., | § § § § | |
| *Plaintiff,* | § § | **1:25-cv-00431-ADA** |
| -v- | § § § | **JURY TRIAL DEMANDED** |
| NVIDIA CORPORATION and NVIDIA SINGAPORE PTE. LTD., | § § § § | |
| *Defendants.* | § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Darryl J. Adams to serve as technical advisor. The Court has reviewed Mr. Adams' invoice for services through today, which include evaluating the proper construction of disputed claim terms and the preparation of the claim construction order. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $18,167.50. |
| Defendants: | $18,167.50. |

**SIGNED** this 30th day of March, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE