**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **SILICONARTS TECHNOLOGY US INC.,** | |
| Plaintiff, | Civil Action No. 1:25-cv-431 |
| v. | **JURY TRIAL DEMANDED** |
| **NVIDIA CORPORATION, and NVIDIA SINGAPORE PTE. LTD.,** | |
| Defendants. | |

**PLAINTIFF SILICONARTS TECHNOLOGY US, INC.'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS (DKT. NO. 75)**

On April 17, 2026, Defendants NVIDIA Corporation and NVIDIA Singapore Pte. Ltd. ("NVIDIA") filed their Motion to Dismiss (Dkt. No. 75), which is NVIDIA's first Rule 12(b) motion filed in this action (the "First Motion"). Plaintiff SiliconArts Technology US, Inc. disagrees with the legal and factual bases set forth in the First Motion and disputes that its Second Amended Complaint fails to plead sufficient facts to support its claims for pre-suit willful and indirect infringement and entitlement to pre-suit damages. Nevertheless, Plaintiff has responded to the First Motion by filing a Third Amended Complaint. *See* Local Rule CV-15(a) (stating "a party may respond to a first motion under Federal Rule of Civil Procedure 12(b) by filing an amended pleading as a matter of course not later than 21 days after the filing of the motion"). Accordingly, the First Motion should be denied as moot. *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) ("An amended complaint supersedes the original complaint and renders it of no legal effect . . . ."); *Rodrigues v. State Farm Lloyds*, No. 1:25-cv-01505-ADA, 2025 WL 3068744, at *1 (W.D. Tex. Nov. 3, 2025) (denying the defendant's motion to dismiss as moot after the plaintiff timely responded by filing an amended complaint under Local Rule CV-15).

DATED: May 1, 2026

Respectfully submitted,

/s/ Nadia E. Haghighatian

**Austin C. Teng**
  State Bar No. 24093247
**Nadia E. Haghighatian**
  State Bar No. 24087652
**Daniel S. Shuminer**
  State Bar No. 24124688
**Omar A. Marawi**
  State Bar No. 24120991
**WINSTEAD PC**
600 W. 5th Street, Suite 900
Austin, Texas 78701
Tel.: (512) 370-2800
Fax: (512) 370-2850
Email: ateng@winstead.com
        nhaghighatian@winstead.com
        dshuminer@winstead.com
        omarawi@winstead.com

**Jamie H. McDole**
  State Bar No. 24082049
**Phillip Philbin**
  State Bar No. 15909020
**Michael D. Karson**
  State Bar No. 24090198
**Matthew W. Cornelia**
  State Bar No. 24097534
**Cody M. Carter**
  State Bar No. 24131091
**David A. Neal**
  State Bar No. 24144868
**WINSTEAD PC**
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Tel.: (214) 745-5400
Fax: (214) 745-5390
Email: jmcdole@winstead.com
        pphilbin@winstead.com
        mkarson@winstead.com
        mcornelia@winstead.com
        ccarter@winstead.com
        dneal@winstead.com

**Max Ciccarelli**
  State Bar No. 00787242
**CICCARELLI LAW FIRM**
100 N. 6th Street, Suite 503
Waco, Texas 76701
Telephone: 214-444-8869
Email: max@ciccarellilawfirm.com

**Jason G. Sheasby**
  *Admitted Pro Hac Vice*
**Andrew Strabone**
  *Admitted Pro Hac Vice*
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310-277-1010
Email: jsheasby@irell.com
        astrabone@irell.com

*Attorneys for Plaintiff*
*SiliconArts Technology US Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 1, 2026, I electronically submitted the foregoing document using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Nadia E. Haghighatian
Nadia E. Haghighatian